UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| MICHAEL A. GRESHAM,<br><br>　　　　　　　　　　Plaintiff,<br>v.<br>JAMES DZURENDA, et al.,<br>　　　　　　　　　　Defendants. | Case No. 3:19-cv-00026-RCJ-CBC<br><br>ORDER |

## I. DISCUSSION

On January 16, 2019, Plaintiff filed a civil rights complaint without paying the fees. (ECF No. 1, 1-1.) On January 23, 2019, the Court ordered Plaintiff to either pay the full filing fee or file an application to proceed in forma pauperis within 30 days. (ECF No. 3.)

Plaintiff has now sent the Court a letter explaining that he has not paid the filing fee because the brass slip he submitted on January 25, 2019 has not been processed. (ECF No. 4.) The letter does not explain what efforts Plaintiff has made to learn the status of the brass slip. The Court therefore extends the deadline for paying the full filing fee until March 29, 2019.

## II. CONCLUSION

For the foregoing reasons, IT IS ORDERED that Plaintiff shall pay the full $400 filing fee for a civil action by March 29, 2019.

1

IT IS FURTHER ORDERED that if Plaintiff does not timely comply with this order dismissal of this action may result.

DATED: 9/1/2019

_____
UNITED STATES MAGISTRATE JUDGE